UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDRE WILLIAMS,

    Plaintiff,

v.                                                                                    CASE NO.:

LARRY CAMPBELL, in his official
capacity as SHERIFF of LEON COUNTY,
FLORIDA, CORIZON HEALTH, INC.,
JAMES MORGAN, in his individual and
supervisory capcity, A. [fnu] STEPHEN, in
his or her individual capacity, and JOHN
DOE, in his or her individual capacity,

    Defendants.
_____/

## NOTICE OF REMOVAL

To the Judges of The United States District Court for the Northern District of Florida, Tallahassee Division, the Defendants, LARRY CAMPBELL, JAMES MORGAN, CORIZON HEALTH, INC. and A. STEPHEN, by and through undersigned counsel, state:

1.    On November 10, 2014, an action was commenced against the Defendants in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, by the filing of Complaint. On or about December 2, 2014 service of the Summons and the Complaint was accomplished upon the Defendants LARRY CAMPBELL, JAMES MORGAN, CORIZON HEALTH, INC. and A. STEPHEN.

2.    The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1343 and is one which may be removed to this Court by the Defendants therein, pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1443

1

in that the Plaintiff has alleged that the Defendants have violated constitutional rights enjoyed by the Plaintiff pursuant to a federal law, specifically 42 U.S.C. § 1983. More specifically, it is alleged therein that Defendants violated constitutional rights made enforceable through 42 U.S.C. § 1983, under the Eighth and Fourteenth Amendments to the United States Constitution.

3.  Pursuant to Local Rule 7.2 of the Rules for the Northern District of Florida, Defendants file with this Notice of Removal, true and legible copies of all process, pleadings, order, and other papers or exhibits of every kind on file in the state court as of the date of this Notice of Removal.

**WHEREFORE**, Defendants LARRY CAMPBELL, JAMES MORGAN, CORIZON HEALTH, INC. and A. STEPHEN, pray that the above action now pending against Defendants in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, be removed to this Court.

*/s/ Keith C. Tischler*
**KEITH C. TISCHLER**
Fla. Bar No. 0334081
***JOLLY & PETERSON, P.A.***
Post Office Box 37400
Tallahassee, Florida 32315
Tel:   (850) 422-0282
Fax:   (850) 422-1913
**Attorney for Defendant Sheriff & Morgan**

*/s/: Joseph E. Brooks*
**JOSEPH E. BROOKS**
FBN.: 0880752
***BROOKS LAW***
2629 Mitcham Drive
Tallahassee, FL 32308
Telephone:  (850) 201-0942
Facsimile: (850) 201-0909
**Attorney for Defendants Corizon & Stephen**

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to by Electronic Mail to Marie Mattox, 310 East Bradford Road, Tallahassee, Florida 32303 this ___11___ day of December 2014.

/s/ Keith C. Tischler